# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION
### CIVIL ACTION NO. 5:15-CV-26

| | | |
|---|---|---|
| SIMPSON PERFORMANCE PRODUCTS, INC. and SFI FOUNDATION, INC., | ) ) ) | |
| **Plaintiffs,** | ) ) | |
| **v.** | ) ) | **ORDER** |
| ROBERT WAGONER and DEREK RANDALL CATHCART, | ) ) ) | |
| **Defendants.** | ) ) ) | |

**THIS COURT** held a hearing regarding Plaintiffs' Motion for Preliminary Injunction on March 2, 2015. At the hearing, counsel for Plaintiffs informed the Court that service had not yet been made upon Defendants. Counsel informed the Court that they are having difficulty locating the Defendants. The Court reset the hearing regarding the preliminary injunction in order to give Plaintiffs more time to attempt service.

Counsel also moved for an extension of the Temporary Restraining Order ("TRO"). For the grounds stated in the original motion, the original order, and at the hearing, the Court found good cause to extend the TRO. This Court may only extend the order for a period of fourteen days. *See* Fed. R. Civ. P. 65(b)(2) (providing that the court may only extend the TRO for "a like period."). Accordingly, the TRO is extended to Monday, March 16, 2015. The terms of the TRO will remain the same as set forth in the original order.

Given the limited duration of the TRO, the Court finds that it is appropriate to reschedule the date for the preliminary injunction. Accordingly, the hearing on the Motion for Preliminary Injunction is now set for Monday, March 16, 2015 at 10:00 AM in Statesville.

**IT IS, THEREFORE, ORDERED THAT**

(1) The TRO (Doc. 8) is extended to Monday, March 16, 2015; and

(2) The hearing for the preliminary injunction is reset for Monday, March 16, 2015 at 10:00

AM in Courtroom, 200 W. Broad St., Statesville, North Carolina 28677.

Signed: March 3, 2015

Richard L. Voorhees
United States District Judge