**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:15-CV-26**

| | |
|---|---|
| SIMPSON PERFORMANCE PRODUCTS, INC. and SFI FOUNDATION, INC.<br>　　Plaintiffs,<br><br>　　v.<br><br>ROBERT WAGONER and<br>DEREK RANDALL CATHCART<br>　　Defendants. | **ORDER** |

**ORDER EXTENDING TEMPORARY RESTRAINING ORDER AND RE-SETTING HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

THIS MATTER is before the Court on Plaintiffs Motion filed on March 13, 2015, for extension of the Temporary Restraining Order ("TRO") granted by the Order of the Court dated February 19, 2015, and previously extended by the Order of the Court dated March 3, 2015. Based on this Court having reviewed and considered this Motion, the record, and the original motion, the Court finds good cause to extend the TRO until March 30, 2015. Further, the Court will hear Plaintiffs' Motion for Preliminary Injunction on March 30, 2015.

IT IS, THEREFORE, ORDERED that the TRO is extended 14 days from March 16, 2015, until March 30, 2015.

A hearing on Plaintiffs' Motion For Preliminary Injunction is re-set for Monday, March 30, 2015, at 10:00 a.m. in Statesville, North Carolina.

This 19th day of March, 2015 at 2:42 pm.

Signed: March 19, 2015

Richard L. Voorhees
United States District Judge